UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GILBERT GOJARA,<br><br>Defendant. | **ORDER**<br><br>26 Cr. __ (PGG)<br><br>26 Mag. 1589 |

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 13, 2026, at 11:00 a.m., is adjourned to **August 13, 2026, at 2:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
August 13, 2026

SO ORDERED

Paul G. Gardephe

Paul G. Gardephe
United States District Judge